# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BETHLEHEM AUTHORITY | : | No. 150 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| THE ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |
| | | |
| ATLANTIC WIND, LLC | : | No. 151 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| ZONING HEARING BOARD OF PENN FOREST TOWNSHIP | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |
| | | |
| ATLANTIC WIND, LLC | : | No. 152 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| PENN FOREST TOWNSHIP ZONING HEARING BOARD | : | |
| | : | |
| PETITION OF: PENN FORREST TOWNSHIP | : | |
| | : | |

BETHLEHEM AUTHORITY

v.

PENN FOREST TOWNSHIP ZONING
HEARING BOARD

PETITION OF:  PENN FORREST TOWNSHIP

:   No. 153 MAL 2022
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the
:   Commonwealth Court
:
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.